# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHN PETRIZZO | : No. 796 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| THE ZONING HEARING BOARD OF MIDDLE SMITHFIELD TOWNSHIP, MONROE COUNTY, PENNSYLVANIA | : |
| | : |
| ADAMS OUTDOOR ADVERTISING, INC. | : |
| v. | : |
| | : |
| ZONING HEARING BOARD OF THE TOWNSHIP OF MIDDLE SMITHFIELD | : |
| | : |
| ADAMS OUTDOOR ADVERTISING, LTD., A LIMITED PARTNERSHIP, ORGANIZED UNDER THE LAWS OF THE STATE OF MINNESOTA, BY ITS MANAGING GENERAL PARTNER, ADAMS OUTDOOR ADVERTISING, INC., AND EDWARD T. REGINA | : |
| v. | : |
| | : |
| BOARD OF SUPERVISORS OF THE TOWNSHIP OF MIDDLE SMITHFIELD | : |
| | : |
| PETITION OF: ADAMS OUTDOOR ADVERTISING, LTD., A LIMITED PARTNERSHIP, ORGANIZED UNDER THE LAWS OF THE STATE OF MINNESOTA, BY ITS MANAGING GENERAL PARTNER, ADAMS OUTDOOR ADVERTISING, INC., AND EDWARD T. REGINA | : |

**ORDER**

**PER CURIAM**

  **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.